

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00020-CV

_____

WENDOLYN MESSNER, AS DEPENDENT ADMINISTRATOR, Appellant

V.

MARK L. BOON, BOON SHAVER ECHOLS COLEMAN & GOOLSBY, P.L.L.C.,
RONALD R. STRINGER, NEIL D. JOSEPH, AND
RON STRINGER & ASSOCIATES, P.C., Appellees

On Appeal from the County Court at Law
Rusk County, Texas
Trial Court No. 02-043 A

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Wendolyn Messner, appellant, filed suit against Mark L. Boon, the law firm of Boon Shaver Echols Coleman & Goolsby, P.L.L.C., Ronald R. Stringer, Neil D. Joseph, and the accounting firm of Ron Stringer & Associates, P.C., appellees. The trial court entered summary judgment for all of the defendants/appellees below, and Messner appealed that judgment in all respects. However, on September 11, 2014, Messner filed a motion to sever and dismiss a portion of the appeal. Messner represents in her motion that all of her claims and disputes against Ronald R. Stringer, Neil D. Joseph, and the accounting firm of Ron Stringer & Associates, P.C., have been fully and finally settled. As a result, Messner seeks to dismiss her appeal insofar as it relates to Ronald R. Stringer, Neil D. Joseph, and the accounting firm of Ron Stringer & Associates, P.C. To accomplish this goal, Messner also asks that we first sever her appeal as it relates to Ronald R. Stringer, Neil D. Joseph, and the accounting firm of Ron Stringer & Associates, P.C., from the remainder of her appeal.

The ten-day waiting period required by Rule 10.3(a) of the Texas Rules of Appellate Procedure has now expired, and neither Mark L. Boon nor the law firm of Boon Shaver Echols Coleman & Goolsby, P.L.L.C., filed a response or an objection to Messner's motion. *See* TEX. R. APP. P. 10.3(a). Consequently and in accordance with Rules 42.1(a) and (b) of the Texas Rules of Appellate Procedure, we grant Messner's request to sever the appeal of her claims against Ronald R. Stringer, Neil D. Joseph, and the accounting firm of Ron Stringer & Associates, P.C., on the one hand, from the appeal of her claims against Mark L. Boon and the law firm of Boon Shaver Echols Coleman & Goolsby, P.L.L.C., on the other. *See* TEX. R. APP.

P. 42.1(a), (b). We assign Messner's appeal of her claims against Ronald R. Stringer, Neil D. Joseph, and the accounting firm of Ron Stringer & Associates, P.C., cause number 06-14-00080-CV. Messner's appeal of her claims against Mark L. Boon and the law firm of Boon Shaver Echols Coleman & Goolsby, P.L.L.C., will retain this original cause number— 06-14-00020-CV.

IT IS SO ORDERED.

BY THE COURT

Date: September 23, 2014